United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Lisa<br>First name<br><br>_____<br>Middle name<br><br>May<br>Last name and Suffix (Sr., Jr., II, III) | Brian<br>First name<br><br>J.<br>Middle name<br><br>May<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | FKA Lisa Riedinger | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0412 | xxx-xx-0273 |

| Debtor 1 | Lisa May |
|---|---|
| Debtor 2 | Brian J. May |

Case number *(if known)* _____

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| 5. | **Where you live** | 6245 Mud Lake Road<br>Creston, OH 44217<br>Number, Street, City, State & ZIP Code<br><br>Medina<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1 Lisa May
Debtor 2 Brian J. May

Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Lisa May
Debtor 2 Brian J. May                                   Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

| Debtor 1 | Lisa May | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | Brian J. May | | | |

**Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 Lisa May
Debtor 2 Brian J. May                                                    Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Lisa May                                         /s/ Brian J. May
Lisa May                                             Brian J. May
Signature of Debtor 1                                Signature of Debtor 2

Executed on  April 28, 2025                          Executed on  April 28, 2025
             MM / DD / YYYY                                       MM / DD / YYYY

| Debtor 1 | Lisa May |
| Debtor 2 | Brian J. May |

Case number *(if known)* _____

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

/s/ Steven J. Heimberger
Signature of Attorney for Debtor

Date  April 28, 2025
MM / DD / YYYY

Steven J. Heimberger 0084618
Printed name

Roderick Linton Belfance LLP
Firm name

50 South Main Street, 10th Floor
Akron, OH 44308
Number, Street, City, State & ZIP Code

Contact phone  330-434-3000    Email address  sheimberger@rlbllp.com

0084618 OH
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: Lisa May
First Name | Middle Name | Last Name

Debtor 2: Brian J. May
(Spouse if, filing) First Name | Middle Name | Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known): _____

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
7 17 Credit Union
Attn: Bankruptcy
3181 Larchmont Ave Ne
Warren, OH 44483

Contact

Contact phone

**What is the nature of the claim?** Recreational     $24,935.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

**2**
Bruner Land Company, Inc.
PO Box 98
Byesville, OH 43723

Contact

**What is the nature of the claim?** 36 acres vacant land - with primitive cabin     $30,115.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)     $69,055.00

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

25-50729-amk    Doc 1    FILED 04/28/25    ENTERED 04/28/25 11:54:18    Page 8 of 15

| Debtor 1 | Lisa May |
| Debtor 2 | Brian J. May |

Case number *(if known)* _____

_____ Contact phone

Value of security: - $38,940.00
Unsecured claim $30,115.00

---

**3**

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179

**What is the nature of the claim?** Credit Card    $4,331.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security: - _____
    Unsecured claim _____

Contact
Contact phone

---

**4**

Cnh Industrial Capital
Attn: Bankruptcy
Po Box 71264
Philadelphia, PA 19176

**What is the nature of the claim?** Installment Loan    $23,660.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security: - _____
    Unsecured claim _____

Contact
Contact phone

---

**5**

Compeer Financial, ACA
2600 Jenny Wren Trail
PO Box 810
Sun Prairie, WI 53590

**What is the nature of the claim?** Liability on lease termination    $657,394.29

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security: - _____
    Unsecured claim _____

Contact
Contact phone

---

**6**

FBN Finance, LLC
5013 S. Louise Ave., PMB #407
Sioux Falls, SD 57108

**What is the nature of the claim?** Future crops, livestock    $393,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 2**

25-50729-amk    Doc 1    FILED 04/28/25    ENTERED 04/28/25 11:54:18    Page 9 of 15

Debtor 1 Lisa May
Debtor 2 Brian J. May  Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)  $393,000.00
 Value of security: - $0.00
 Unsecured claim  $393,000.00

Contact
Contact phone

---

**7**

Fox Collection Center
Attn: Bankruptcy
454 Moss Trail
Goodlettsvile, TN 37070

**What is the nature of the claim?**  Medical Debt Medical  $550.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
 Value of security: -
 Unsecured claim

Contact
Contact phone

---

**8**

Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

**What is the nature of the claim?**  2024 Chevy Silverado  $29,481.00
 16,000 miles
 KBB PPV

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)  $97,539.00
 Value of security: - $68,058.00
 Unsecured claim  $29,481.00

Contact
Contact phone

---

**9**

Kubota Credit Corp, USA
Attn: Bankruptcy
P.O. Box 2046
Grapevine, TX 76099

**What is the nature of the claim?**  Farm equipment  Unknown

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)  $788.00

Contact

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  Page 3

25-50729-amk    Doc 1    FILED 04/28/25    ENTERED 04/28/25 11:54:18    Page 10 of 15

| Debtor 1 | Lisa May |
| Debtor 2 | Brian J. May |

Case number (if known) _____

| | Value of security: | - Unknown |
| Contact phone | Unsecured claim | Unknown |

---

**10**

Northwest Bank
Attn: Bankruptcy
Po Box 128, 100 Liberty St
Warren, PA 16365

**What is the nature of the claim?** 2021 Chevy Blazer 54000 miles KBB PPV — $6,345.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) — $23,271.00
  - Value of security: - $16,926.00
  - Unsecured claim: $6,345.00

Contact
Contact phone

---

**11**

Northwest Bank
Attn: Bankruptcy
Po Box 128, 100 Liberty St
Warren, PA 16365

**What is the nature of the claim?** Can Am — Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) — $24,319.00
  - Value of security: - Unknown
  - Unsecured claim: Unknown

Contact
Contact phone

---

**12**

Shelly Materials
8920 Canyon Falls Blvd.
Twinsburg, OH 44087

**What is the nature of the claim?** Trade debt — $35,938.27

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim:

Contact
Contact phone

---

**13**

Us Bank
Attn Consumer Bureau Mgmt Dept

**What is the nature of the claim?** Unsecured — $37,305.00

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 4

25-50729-amk    Doc 1    FILED 04/28/25    ENTERED 04/28/25 11:54:18    Page 11 of 15

| Debtor 1 | Lisa May |
| Debtor 2 | Brian J. May |

Case number *(if known)* _____

Oshkosh, WI 54903

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security: - _____
  - Unsecured claim _____

Contact _____
Contact phone _____

---

**14**

Us Bank
Attn Consumer Bureau Mgmt Dept
Oshkosh, WI 54903

**What is the nature of the claim?** Unsecured    $2,026.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security: - _____
  - Unsecured claim _____

Contact _____
Contact phone _____

---

**15**

Us Bk Cacs
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

**What is the nature of the claim?** Credit Card    $14,423.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  - Value of security: - _____
  - Unsecured claim _____

Contact _____
Contact phone _____

---

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Lisa May
Lisa May
Signature of Debtor 1

X  /s/ Brian J. May
Brian J. May
Signature of Debtor 2

Date  April 28, 2025

Date  April 28, 2025

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 5

25-50729-amk    Doc 1    FILED 04/28/25    ENTERED 04/28/25 11:54:18    Page 12 of 15

7 17 Credit Union
Attn: Bankruptcy
3181 Larchmont Ave Ne
Warren, OH 44483


7 17 Credit Union
3181 Larchmont Ave
Warren, OH 44481


Bruner Land Company, Inc.
PO Box 98
Byesville, OH 43723


Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179


Citi Card/Best Buy
Po Box 6497
Sioux Falls, SD 57117


Cnh Industrial Capital
Attn: Bankruptcy
Po Box 71264
Philadelphia, PA 19176


Cnh Industrial Capital
Attn Dispute Resolution
Philadelphia, PA 19176


Compeer Financial, ACA
2600 Jenny Wren Trail
PO Box 810
Sun Prairie, WI 53590


Compeer Financial, ACA
5414 NW 88th St
Suite 110
Johnston, IA 50131


FBN Finance, LLC
5013 S. Louise Ave., PMB #407
Sioux Falls, SD 57108

Fox Collection Center
Attn: Bankruptcy
454 Moss Trail
Goodlettsvile, TN 37070


Fox Collection Center
Pob 528
Goodlettsville, TN 37070


Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102


Gm Financial
Po Box 181145
Arlington, TX 76096


Kubota Credit Corp, USA
Attn: Bankruptcy
P.O. Box 2046
Grapevine, TX 76099


Kubota Credit Corp, USA
Po Box 2046
Grapevine, TX 76099


Miller, Canfield, Paddock & Stone
1100 Superior Avenue E, Suite 1750
Cleveland, OH 44114


Mineral Ridge Enterprises, LLC
6245 Mud Lake Road
Creston, OH 44217


Mr Cooper/United Wholesale Mortgage
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261


Mr Cooper/United Wholesale Mortgage
350 Highland
Houston, TX 77067

Northwest Bank
Attn: Bankruptcy
Po Box 128, 100 Liberty St
Warren, PA 16365

Northwest Bank
Po Box 1793
Warren, PA 16365

Shelly Materials
8920 Canyon Falls Blvd.
Twinsburg, OH 44087

Sonkin & Koberna
3401 Enterprise Parkway, Suite 400
Beachwood, OH 44122

Us Bank
Attn Consumer Bureau Mgmt Dept
Oshkosh, WI 54903

Us Bk Cacs
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166